# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TOLL OBUON,<br><br>　　　　　Plaintiff,<br>　v.<br><br>JUDGE RICHARD D. EADIE; JUDGE SCHINDLER J; SEATTLE POLICE DEPARTMENT; and SUPREME COURT OF WASHINGTON STATE,<br><br>　　　　　Defendants. | NO. C18-1296 RSM<br><br>ORDER STRIKING DATES |

Upon parties' Stipulated Motion to Strike or Extend Deadline for 26(f) Conference, Initial Disclosures, and Joint Status Report, this Court for good cause shown **Grants** the parties' Stipulated Motion and Strikes the deadlines for the 26(f) Conference, Initial Disclosures and Joint Status Report pending the Court's resolution of the Defendants' Motions to Dismiss.

DATED this 21st day of November 2018.

　　　　　　　　　　　　　　　　　／s／ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

| | |
|---|---|
| 1 | Presented by: |
| 2 | ROBERT W. FERGUSON<br>Attorney General |
| 3 | |
| 4 | */s/ R. July Simpson*<br>R. JULY SIMPSON, WSBA #45869<br>ALICIA O. YOUNG, WSBA #35553 |
| 5 | Assistant Attorneys General<br>*Attorneys for Defendants Judge Schindler* |
| 6 | *and the Supreme Court of Washington State* |
| 7 | |
| 8 | */s/ Toll Obuon (per email approval)*<br>TOLL OBUON<br>7216 California Ave #2 |
| 9 | Seattle, WA 98136<br>*Pro Se Plaintiff* |
| 10 | |
| 11 | PETER S. HOLMES<br>Seattle City Attorney |
| 12 | |
| 13 | */s/ Ghazal Sharifi (per email approval)*<br>GHAZAL SHARIFI, WSBA #47750<br>SUSAN E. PARK, WSBA #53857 |
| 14 | Assistant City Attorneys<br>Seattle City Attorney's Office |
| 15 | 701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 |
| 16 | *Attorneys for Defendant City of Seattle on behalf of the Seattle Police Department* |
| 17 | |
| 18 | DANIEL T. SATTERBERG<br>King County Prosecuting Attorney |
| 19 | |
| 20 | */s/ Jerry Taylor (per email approval)*<br>JERRY TAYLOR, WSBA # 40739<br>Senior Deputy Prosecuting Attorney |
| 21 | 500 Fourth Ave., Suite 900<br>Seattle, WA 98104 |
| 22 | *Attorneys for Defendant Judge Richard D. Eadie* |
| 23 | |
| 24 | |

ORDER STRIKING DATES 2

2:18-cv-01296-RSM

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470