UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOLL OBUON, <br><br> Plaintiff, <br><br> v. <br><br> JUDGE RICHARD D. EADIE et al., <br><br> Defendants. | CASE NO. C18-1296RSM <br><br> MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

Plaintiff continues to make filings in this closed matter. Dkts. #89–92.[1] This is despite the Court informing Plaintiff that "the Court will not consider the recent filings and will not respond to future filings in this action unless otherwise indicated by further order of this Court."

---

[1] These filings are captioned as follows:
- "No Court Reporter, No Transcript" (Dkt. #89);
- "Court Refuse to allow defendant's appear in Court for deposition or to bring destroyed Court Records" (Dkt. #90);
- "Motion to amend pursuant to FRCP 52(b)" (Dkt. #91); and
- "Motion for Notice and Certificate of Appealability to Ninth Circuit Plaintiff's request for Notice and Certificate of Appealability requires on a brief" (Dkt. #92).

The Court addresses Plaintiff's motion for a stay pending appeal by separate order.

MINUTE ORDER – 1

Dkt. #81 at 2. Accordingly, the Court need not address these recent filings. The Court does so only to note a new basis that adds further support to the Court's prior decision not to review further filings.

On July 3, 2019, Plaintiff filed a notice of appeal and the Ninth Circuit Court of Appeals subsequently docketed that appeal. Dkts. #86 and #87; *Obuon v. Eadie, et al.*, No. 19-35561 (9th Cir. 2019). "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *See* FED. R. APP. P. 42; FED. R. CIV. P. 62.1. As Plaintiff's appeal remains docketed and pending, this Court lacks jurisdiction to consider Plaintiff's continued filings.

Accordingly, the Court STRIKES Plaintiff's latest filings (Dkts. #89–#92) and will continue to not consider or respond to future filings in this action unless otherwise indicated. The Clerk shall mail a copy of this Minute Order to Plaintiff at his last known address.

Dated this 31 day of July, 2019.

                                              WILLIAM McCOOL, Clerk

                                              By: /s/ Paula McNabb
                                                       Deputy Clerk